N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00295-WJM-4

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    DIEN LE,
2.    PONLUE PIM,
3.    PIRUN PIM,
**4.    RICKY PIM**,
5.    KENNETH BARNES,

      Defendants.
_____

### PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

The United States and defendant Ricky Pim entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.  That Plea Agreement was accepted by the Court on August 19, 2015. (Doc. 589).

THAT the requisite nexus exists between the currency and the conspiracy to profit from the distribution and sale of synthetic cannabinoids, controlled substances and new drugs to which defendant Ricky Pim pleaded guilty.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:

a. $3,119.55, seized from JPMorganChase account xxxxx8570 on July 19, 2013;

b. $20,128.83, seized from JPMorganChase account on xxxxx1672 on July 19, 2013;

c. $349.75, seized from JPMorganChase on xxxxx7416 on July 19, 2013;

d. $101.58, seized from JPMorganChase account on xxxxx7382 on July 19, 2013; and

e. $9,659.00 seized from 4020 South College Ave, #B5, Fort Collins, CO on July 19, 2013

are forfeited to the United States in accordance with 21 U.S.C. § 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least

thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated this 4th day of September, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge