IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date: January 7, 2016 |
| Court Reporter:    Gwen Daniel | Probation: Andrea Bell |
| | Time: one hour and four minutes |

_____

| | |
|---|---|
| Criminal Action No. 13-cr-00295-WJM | *Counsel:* |
| UNITED STATES OF AMERICA, | Jamie Pena |
|     Plaintiff, | |
| v. | |
| 4.  RICKY PIM, | Harvey Steinberg |
|     Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

04:00 p.m.    Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Mr. Pena

Sentencing Statement by Mr. Steinberg

The Court addresses the objection to the Presentence Investigation Report and enters a ruling on the record.

1

Discussion

Mr. Pena's comments

**ORDERED: The Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility is GRANTED.**

**ORDERED: The Government's oral motion to dismiss Counts 2 through 9 of the Third Superseding Indictment and all previous Indictments, as to this defendant only, is GRANTED.**

The Court addresses the Motion For Non-Guideline Sentence [674]

Argument

Defendant's Allocution

**ORDERED: The Motion For Non-Guideline Sentence [674] is GRANTED IN PART.**

Defendant plead guilty to Count One of the Third Superseding Indictment on August 19, 2015.

**ORDERED: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Ricky Pim, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 48 months.**

**Defendant shall pay a Fine of $6,000 into the Crime Victims Fund.**

**Interest on the Fine amount is WAIVED.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**The Court recommends that the Bureau of Prisons afford the defendant the RDAP or comparable substance abuse program.**

**ORDERED:** Upon release from imprisonment defendant is placed on supervised release for a term of three years.

Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.

While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.

It is an express condition of Supervision that the defendant pay the Fine and Special Assessment to be ordered by this Court in accordance with the Schedule of Payments sheet set forth in the Court's Judgment.

The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Special Conditions of Supervised Release:

1. All employment for the defendant shall be approved in advance by the supervising probation officer and the defendant shall not engage in any business activity unless approved by the probation officer.

    All approved business activity must operate under a formal, registered entity, and the defendant shall provide the probation officer with the business entities and their registered agents.

    The defendant shall maintain business records for any approved business activity and provide all documentation and records as requested by the probation officer.

2. The defendant shall submit his person, property, house, residence, papers, or office, to a search conducted by a United States Probation Officer.  Failure to submit to search may be

    **grounds for revocation of supervised release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.**

    **An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

  **3.** **The defendant shall not work or engage in any activities involving the use, production or distribution of synthetic cannabinoids.**

  **4.** **The defendant shall participate in medical testing as directed by the probation officer.**

**ORDERED:** **The defendant shall pay a Special Assessment of $100, which shall be due and payable immediately.**

**ORDERED:** **The Special Assessment and Fine obligations are due immediately. Any unpaid Fine balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release of not less than 10% of the defendant's gross household monthly income.**

    **Within 15 days of release from custody, the defendant shall meet with the probation officer to develop a Plan for the payment of any unpaid portion of his financial obligations under the Court's Judgment. This Plan will be based upon the defendant's income and expenses. The Plan will be forwarded to the Court for review and approval.**

**ORDERED:** **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Third Superseding Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

Court's comments

The Government has no objection to voluntary surrender.

4

The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community;

**IT IS THEREFORE ORDERED that the defendant, Ricky Pim, surrender at the institution designated by the Bureau of Prisons on the 11th of February 2016 at 12:00 o'clock noon.**

**In the interim the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

05:04 p.m.    Court in Recess
              Hearing concluded