N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00295-WJM-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   DIEN LE,
2.   PONLUE PIM,
3.   PIRUN PIM,
4.   **RICKY PIM**,
5.   KENNETH BARNES,

    Defendants.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. §§ 841 and 846, as set forth in the Superseding Indictment returned on January 28, 2014;

THAT a Preliminary Order of Forfeiture was entered on September 4, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on November 9, 2015;

THAT, as of November 10, 2015, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (a)(2).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the

    a.    $3,119.55, seized from JPMorganChase account xxxxx8570 on July 19, 2013;

    b.    $20,128.83, seized from JPMorganChase account on xxxxx1672 on July 19, 2013;

    c.    $349.75, seized from JPMorganChase on xxxxx7416 on July 19, 2013;

    d.    $101.58, seized from JPMorganChase account on xxxxx7382 on July 19, 2013; and

    e.    $9,659.00 seized from 4020 South College Ave, #B5, Fort Collins, CO on July 19, 2013

shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (a)(2), free from the claims of any other party;

THAT the United States shall have full and legal title to those funds and may dispose of them in accordance with law.

Dated this 12th day of January, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge